**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant, GERARD VAGT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>GERARD VAGT,<br><br>          Defendant. | CASE NO.  6:16-mj-00009-MJS<br><br>**STIPULATION FOR RULE 43 WAIVER OF APPEARANCE AND FOR CONTINUANCE OF INITIAL APPEARANCE;  ORDER**<br><br>Date:      February 11, 2016<br>Time:     1:30 p.m.<br>Judge:    Hon. Michael J. Seng |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant GERARD VAGT, having been advised of his right to be present at all stages of proceedings, hereby requests this Court permit him to waive his right to personally appear for his initial appearance, and be allowed to appear via video conference.  Mr. Vagt agrees that his interests shall be represented at all times by the presence of his attorney, Carol Moses, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.  The government has no objection to this request.

 Mr. Vagt is charged with 1 count of 36 CFR 4.23(a)(1) – Driving Under the Influence of Alcohol, 1 count of 36 CFR 4.23(a)(2) – Driving Under the Influence of Alcohol with a Blood Alcohol Content Greater than .08%, and 1 count of 36 CFR 4.10(a) – Operating a Motor Vehicle Off Road.

Mr. Vagt is a resident of Lander, Wyoming.  He is a speech language pathologist working

Monday through Wednesday at two rural schools in the wilds of Wyoming working with low income children.  Travel in the state of Wyoming during the winter months is difficult.

Mr. Vagt respectfully requests that the Court grant a waiver of his right and obligation to be personally present and that he be permitted to appear via video conference from the U.S. District Court in Denver, Colorado, for his initial appearance.

The parties further request that the Court continue the initial appearance to February 11, 2016, at 1:30 p.m. so that defense counsel can make the appropriate arrangements with the courthouse in Denver, Colorado.

Dated:  January 28, 2016              /s/ Carol Ann Moses
                                      CAROL ANN MOSES
                                      Attorney for Defendant,
                                      GERARD VAGT


Dated:  January 28, 2016              /s/ Matthew McNease
                                      MATTHEW McNEASE
                                      Yosemite Acting Legal Officer


## ORDER

GOOD CAUSE APPEARING, the above request for Defendant's waiver of personal appearance and request to appear via video conference at the initial appearance hearing in Case No. 6:16-mj-00009-MJS, is hereby accepted and adopted as the order of this Court.  The court further grants the parties' request to continue the initial appearance to February 11, 2016, at 1:30 p.m.

IT IS SO ORDERED.

Dated:   January 31, 2016            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE