1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  7636 N. Ingram Ave., #104
   Fresno, California  93711
3  Telephone:  (559) 449-9069
4  Facsimile:   (559) 513-8530

5  Attorney for Defendant, Gerard Vagt

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           | CASE NO. 6:16-mj-00009-MJS

12 |        Plaintiff,                   | **STIPULATION TO VACATE STATUS CONFERENCE AND TO SET TRIAL DATE; ORDER THEREON**

13 |    v.                               |

14 | GERARD VAGT,                        |

15 |        Defendant.                   |

16

17    **IT IS HEREBY STIPULATED** by and between the Defendant, GERARD VAGT, his

18  attorney of record, CAROL ANN MOSES, and the Acting Legal Officer for the National Park

19  Service, MATTHEW McNEASE, that the Status Conference currently set for June 7, 2016, be

20  vacated and the Trial in the above captioned matter be set for September 22, 2016, at 9:00 A.M.

21

22  The trial is estimated to last 1 ½ days.

23  Dated:  June 1, 2016                    /s/ Carol Ann Moses
                                            CAROL ANN MOSES
24                                          Attorney for Defendant,
                                            GERARD VAGT
25

26  Dated:  June 1, 2016                    /s/ Matthew McNease
                                            MATTHEW McNEASE
27                                          Acting Legal Officer
                                            National Park Service
28

STIPULATION TO VACATE STATUS
CONFERENCE & SET TRIAL DATE
[PROPOSED] ORDER THEREON                    1

ORDER

The Court, having reviewed the above request to Vacate the Status Conference and Set the Trial in Case #6:16-mj-00009-MJS,   HEREBY ORDERS AS FOLLOWS:

The Status Conference set for June 7, 2016 at 10:00 A.M. is vacated.  Trial shall commence September 22, 2016, at 9:00 A.M. in the Yosemite Courthouse.

IT IS SO ORDERED.

Dated:   June 2, 2016                              /s/ *Michael J. Seng*
                                                   UNITED STATES MAGISTRATE JUDGE