1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  7636 N. Ingram Ave., #104
3  Fresno, California  93711
   Telephone:  (559) 449-9069
4  Facsimile:    (559) 513-8530

5  Attorney for Defendant, GERALD VAGT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  6:16-mj-00009-MJS |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA AND SENTENCING**, **ORDER THEREON** |
| v. | |
| GERALD VAGT, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the Defendant, GERALD VAGT, his attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service, SUSAN ST. VINCENT, that the Status Conference in the above captioned matter currently scheduled for December 6, 2016, at 10:00 a.m. be vacated and the matter be set for a Change of Plea / Sentencing hearing on January 10, 2017, at 10:00 a.m.

Dated:  December 2, 2016           /s/ Carol Ann Moses
                                    CAROL ANN MOSES
                                    Attorney for Defendant,
                                    GERALD VAGT

Dated:  December 2, 2016           /s/ Susan St. Vincent
                                    SUSAN ST. VINCENT
                                    Legal Officer
                                    National Park Service

STIPULATION TO VACATE STATUS
CONFERENCE AND ADVANCE FOR PLEA & SENTENCING
 ORDER THEREON                      1

ORDER

The Court, having reviewed the above request to vacate the Status Conference and set matter for Change of Plea / Sentencing HEREBY ORDERS AS FOLLOWS:

The Status Conference for Defendant, GERALD VAGT, in case number 6:16-mj-00009-MJS, currently scheduled for December 6, 2016, at 10:00 a.m. shall be vacated. The matter shall be set for Change of Plea / Sentencing on January 10, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   December 5, 2016          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE