1 **CAROL ANN MOSES  #164193**
Attorney at Law
2 7636 N. Ingram Ave., #104
Fresno, California  93711
3 Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
4

5 Attorney for Defendant, GERARD VAGT

6 UNITED STATES DISTRICT COURT

7 EASTERN DISTRICT OF CALIFORNIA

8

| 9  | UNITED STATES OF AMERICA, | CASE NO.  6:16-mj-00009-MJS |
|----|---------------------------|------------------------------|
| 10 | Plaintiff, | **STIPULATION FOR RULE 43 WAIVER OF APPEARANCE AT CHANGE OF PLEA / SENTENCING HEARING; ORDER** |
| 11 | v. | |
| 12 | GERARD VAGT, | Date:  January 10, 2017 |
| 13 | Defendant. | Time:  10:00 a.m. |
|    |  | Judge: Hon. Michael J. Seng |

14

15     Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant GERARD VAGT,

16 having been advised of his right to be present at all stages of proceedings, hereby requests this

17 Court permit him to waive his right to personally appear for his Change of Plea / Sentencing

18 Hearing and be allowed to appear via video conference.  Mr. Vagt agrees that his interests shall

19 be represented at all times by the presence of his attorney, Carol Moses, the same as if he were

20 personally present, and requests that this Court allow his attorney-in-fact to represent his interests

21 at all times.  The government has no objection to this request.

22     Mr. Vagt was charged with 1 count of 36 CFR 4.23(a)(1) – Driving Under the Influence

23 of Alcohol, 1 count of 36 CFR 4.23(a)(2) – Driving Under the Influence of Alcohol with a Blood

24 Alcohol Content Greater than .08%, and 1 count of 36 CFR 4.10(a) – Operating a Motor Vehicle

25 Off Road.  Susan St. Vincent, Legal Officer for the National Park Service, intends to file a First

26 Amended Complaint charging 36 C.F.R. 4.2, incorporating California Vehicle Code Section

27 23103.5(a) – "Wet" Reckless Driving.

28     Mr. Vagt is a resident of Lander, Wyoming.  He is a certified licensed speech language

pathologist working Monday through Wednesday at two rural schools in the wilds of Wyoming working with low income Native American children. Travel in the state of Wyoming during the winter months is difficult.

    Mr. Vagt previously requested and was granted a Rule 43 Waiver for his initial appearance and all pretrial matters.

    Mr. Vagt respectfully requests that the Court grant a waiver of his right and obligation to be personally present and that he be permitted to appear via video conference from the U.S. District Court in Denver, Colorado, for his change of plea / sentencing hearing.

Dated:  December 7, 2016      /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
GERARD VAGT

Dated:  December 7, 2016      /s/ Susan St. Vincent
SUSAN ST. VINCENT
Legal Officer
National Park Service

ORDER

GOOD CAUSE APPEARING, the above request for waiver of Defendant's personal appearance and request to appear via video conference at the change of plea / sentencing hearing in Case No. 6:16-mj-00009-MJS, is hereby accepted and adopted as the order of this Court **on condition that** Defendant make all necessary arrangements to enable his appearance by video via a secure Court network **and** that a fully signed copy of a written plea agreement be provided to the Court at least two days before the hearing.

IT IS SO ORDERED.

Dated:   December 11, 2016        /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

DEFENDANT'S REQUEST FOR RULE 43 WAIVER
OF APPEARANCE AT CHANGE OF PLEA /
SENTENCING HEARING                                                                                      3