# United States District Court

Eastern District of California

FILED
JAN 05 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

**UNITED STATES OF AMERICA**

**FIRST AMENDED CRIMINAL COMPLAINT**

V.

**GERARD GUSTAV VAGT**

**DOCKET NUMBER:**
**6:16-mj-009-MJS**

I, acting legal officer Matthew McNease, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, Gerard Gustav VAGT did violate:

**Count 1:** Operating a motor vehicle under the influence of alcohol or drugs to a degree that renders the operator incapable of safe operation, in violation of Title 36 Code of Federal Regulations § 4.23(a)(1)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** Operating a motor vehicle under the influence of alcohol or drugs with the alcohol concentration in the operator's breath is 0.08 grams or more of alcohol per 210 liters of breath, in violation of Title 36 Code of Federal Regulations § 4.23(a)(2)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 3:** Operating a motor vehicle off road, in violation of Title 36 Code of Federal Regulations § 4.10(a)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 5:** Drive recklessly upon a highway in willful or wanton disregard for the safety of persons or property where alcohol was a factor, in violation of Title 36 Code of Federal Regulations § 4.2, incorporating California Vehicle Code § 23103, pursuant to California Vehicle Code § 23013.5(a)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

Speedy Trial Act Applies: **No**

U.S. v. Gerard Gustav Vagt
First Amended Criminal Complaint

I further state that I am the acting legal officer and that this complaint is based on the following facts and information supplied to me by National Park Service Law Enforcement Rangers.

On December 24, 2015, at approximately 2035 hours, in Yosemite National Park, Ranger Lewis observed a vehicle back out of a parking space at the Church Bowl Parking Lot, drive across the road and strike a cement barrier. The vehicle then backed up and again rammed into the same cement barrier. The vehicle pulled forward, then backed up again, this time driving over the cement barrier and into the Ahwahnee Meadow. The vehicle then made a right hand turn and got stuck in the meadow. The vehicle moved back and forth attempting to get unstuck to no avail. Ranger Lewis contacted the driver, later identified as Gerard Gustav VAGT. Ranger Lewis observed an open container of an alcoholic beverage in the vehicle and the odor of alcohol emanating from the vehicle. VAGT admitted to consuming alcohol recently.

Ranger Scott Nash observed VAGT had glassy, bloodshot eyes and his face was flushed. Ranger Nash could smell the odor of an alcoholic beverage emanating from VAGT's person. When Ranger Nash escorted VAGT to his patrol vehicle, VAGT had trouble balancing and stumbled when he walked.

VAGT stated that he had consumed one 14 ounce beer approximately 30 minutes prior. At approximately 2110 hours, VAGT consented to Standardized Field Sobriety Tests, which Ranger Nash administered. VAGT showed numerous signs of impairment during the tests and exhibited objective signs of intoxication. VAGT further consented to a preliminary alcohol screening which indicated a BAC of 0.134%. VAGT was placed under arrest at 2120 hours.

Ranger Lewis searched the vehicle for open containers. He observed two empty 12 ounce glass bottles of Corona beer in the vehicle, one next to the driver's seat and another in the backseat. Subsequent to the arrest, Ranger Nash transported VAGT to the Yosemite Holding Facility, where VAGT submitted to an evidentiary breath test.

I declare under penalty of perjury that the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

__1/5/17__  
Date

__[signature]__  
Susan St. Vincent  
Legal Officer  
Yosemite National Park, CA

Sworn to before me and subscribed in my presence, in Yosemite National Park, California.

__1/5/17__  
Date

__[signature]__  
Honorable Michael J. Seng  
U. S. Magistrate Judge  
Eastern District of California

Speedy Trial Act Applies: **No**

U.S. v. Gerard Gustav Vagt  
First Amended Criminal Complaint