**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant, Gerard Vagt

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>GERARD VAGT,<br><br>  Defendant. | CASE NO. 6:16-mj-00009-MJS<br><br>**STIPULATION TO CONTINUECHANGE OF PLEA / SENTENCING HEARING TO JANUARY 27, 2017; ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the Defendant, GERARD VAGT, his attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service, SUSAN ST. VINCENT, that the Change of Plea / Sentencing Hearing currently set for January 18, 2017, be continued to January 27, 2017 at 9:00 A.M.  Defense counsel has a previously scheduled Trial Confirmation Hearing and Mr. Vagt will be out of state on January 18, 2017.

Dated:  January 13, 2017         /s/ Carol Ann Moses
                                 CAROL ANN MOSES
                                 Attorney for Defendant,
                                 GERARD VAGT

Dated:  January 13, 2017         /s/ Susan St. Vincent
                                 SUSAN ST. VINCENT
                                 Legal Officer
                                 National Park Service

ORDER

The Court, having reviewed the request to continue the Change of Plea / Sentencing Hearing in the matter of United States v. Gerard Vagt, Case 6:16-mj-00009-MJS, HEREBY ORDERS AS FOLLOWS:

The Change of Plea / Sentencing Hearing set for January 18, 2017 at 10:00 A.M. shall be continued to January 27, 2017 at 9:00 A.M., in case number 6:16-mj-00009-MJS.

IT IS SO ORDERED.

Dated:   January 17, 2017          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE