1 | **CAROL ANN MOSES #164193**
Attorney at Law
2 | 7636 N. Ingram Ave., #104
Fresno, California 93711
3 | Telephone: (559) 449-9069
Facsimile: (559) 513-8530
4 |
5 | Attorney for Defendant, GERALD VAGT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 6:16-mj-00009-MJS |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE REVIEW HEARING**, **ORDER THEREON** |
| v. | |
| GERALD VAGT, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the Defendant, GERALD VAGT, his attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service, SUSAN ST. VINCENT, that the Review Hearing in the above captioned matter currently scheduled for December 5, 2017 at 10:00 a.m. be vacated. Mr. Vagt complied with all the terms and conditions of his probation: He paid a $980.00 fine, a $20.00 statutory assessment, attended and completed the California approved Wet Reckless class and obeyed all laws.

Since Mr. Vagt has complied with all the terms and conditions of his probation, Mr. Vagt is requesting the Review Hearing be vacated to save time and promote judicial efficiency.

Dated: November 29, 2017    /s/ Carol Ann Moses
                            CAROL ANN MOSES
                            Attorney for Defendant,
                            GERALD VAGT

Dated: November 29, 2017      /s/ Susan St. Vincent
                              SUSAN ST. VINCENT
                              Legal Officer
                              National Park Service

ORDER

The Court approves the above Stipulation and HEREBY VACATES the December 5, 2076, Review Hearing for Defendant GERARD VAGT in CASE NO. 6:16-mj-00009-MJS.

IT IS SO ORDERED.

Dated:   November 30, 2017            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

.

STIPULATION TO VACATE STATUS
CONFERENCE AND ADVANCE FOR PLEA & SENTENCING
ORDER THEREON                             2